AO 245B (Rev. 09/19) (VAE 01/22)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number:     1:22CR00010-001 |
| | ) | |
| IVAN LOPEZ, JR., | ) | USM Number:     79922-509 |
| | ) | Lauren Rosen and Shannon Quill, A.F.P.D.s |
| | ) | Defendant's Attorney |
| | ) | |
| | ) | |

The defendant was found guilty of the lesser included offense by a Jury on Count 1 of the Indictment after a plea of not guilty.

The defendant is adjudged guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C.§113(a)(5) and 49 U.S.C.§46506(1) | SIMPLE ASSAULT (Misdemeanor) | 12/24/2021 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 27, 2022
Date of Imposition of Judgment

/s/

Leonie M. Brinkema
United States District Judge

July 27, 2022
Date

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Case Number:     1:22CR00010-001
Defendant's Name: **LOPEZ, JR., IVAN**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED, effective 9:00 a.m. Thursday, July 28, 2022.

☒   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____
at_____, with a certified copy of this Judgment.

                                                _____

                                                UNITED STATES MARSHAL

                     By        _____

                               DEPUTY UNITED STATES ARSHAL

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case
Sheet 5a – Criminal Monetary Penalties

Case Number:         1:22CR00010-001
Defendant's Name:    LOPEZ, JR., IVAN

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 10.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 245B (Rev. 09/19) (VAE 11/21) Judgment in a Criminal Case
Sheet 7 – Denial of Federal Benefits                                                                                          Page 4 of 4

---

Case Number:            1:22CR00010-001
Defendant's

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒    Lump sum payment of $10.00  due immediately, balance due

      ☐   not later than _____                                        , or
      ☐   in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐    Payment in equal        *(e.g., weekly, monthly, quarterly)* installments of $        over a period of        *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐    Payment in equal        *(e.g., weekly, monthly, quarterly)* installments of $        over a period of        *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐    Payment during the term of supervised release will commence within        *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐    Special instructions regarding the payment of criminal monetary penalties: